UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA DONCOUSE,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>DAUPHINETTE LLC, et al.,<br><br>　　　　　　Defendants. | 23-CV-08420 (LJL)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　　By Order of Reference dated February 8, 2024 (ECF 18), Judge Lewis J. Liman referred this case to Magistrate Judge Jennifer Willis for settlement. On February 9, 2024, that referral was reassigned to me.

　　　　A settlement conference is scheduled for **Friday, February 23, 2024 at 12:30 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov) by **February 14, 2024** to propose three alternative dates for a settlement conference during the week of 2/19/2024. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, February 16, 2024, at 5:00 p.m**.

　　　　Corporate parties must send the person with decision-making authority to settle the matter to the conference.

　　　　If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:　February 12, 2024　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge