UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Graciela Doncouse,<br><br>                Plaintiff,<br><br>-against-<br><br>Dauphinette LLC, et al.,<br><br>                Defendants. | 23-CV-08420 (LJL)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference was scheduled for February 23, 2024. Due to parties' request, it is now rescheduled to **Wednesday, February 21, 2024 at 2:00 p.m** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, February 16, 2024, at 2:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  February 14, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge